# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**MARITA HYMAN**

vs.  **CASE NUMBER: 5:10-CV-613 (FJS/GHL)**

**CORNELL UNIVERSITY and DAVYDD GREENWOOD**

**Decision by Court.**   This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That the Defendants' Motion to Dismiss Plaintiff's Complaint is GRANTED, that Plaintiff's Motion to Amend/Correct is DENIED. Judgment is entered in favor of the defendants' and this case is closed.

All of the above pursuant to the order of the Honorable Judge Frederick J. Scullin, dated the 1st day of July, 2011.

DATED: July 5, 2011

Clerk of Court

s/

Joanne Bleskoski
Deputy Clerk